NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CURT G. JOA, INC.,**
*Appellant*

**v.**

**FAMECCANICA.DATA S.P.A.,**
*Appellee*

---

2018-1297

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00906.

---

## JUDGMENT

---

JOSEPH A. KROMHOLZ, Ryan, Kromholz & Manion, S.C., Milwaukee, WI, argued for appellant. Also represented by DANIEL R. JOHNSON, PATRICK J. FLEIS; MOLLIE NEWCOMB, Brookfield, WI.

PETER G. PAPPAS, Eversheds Sutherland (US) LLP, Atlanta, GA, argued for appellee. Also represented by KARISSA FLEMING BLYTH, ANN G. FORT, ROBERT KOHSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court